DANIEL M. LYON and others, appellants,

and

THE CITIZENS LOAN ASSOCIATION OF NEWARK, respondents.

*Mr. John W. Taylor,* for appellants.

*Mr. John Whitehead,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, 2 *Stew.* 110.

---

JACOB KIMBLE, appellant,

and

ELIZABETH T. DENTON, respondent.

*Mr. Lewis Cochran,* for appellant.

*Mr. Thos. Kays,* for respondent.

PER CURIAM.

This decree affirmed for the reasons given by the vice-chancellor in the case below.  *Denton* v. *Cole,* 3 *Stew.* 244.

For affirmance—BEASLEY, C. J., DALRIMPLE, DEPUE, DIXON, KNAPP, REED, SCUDDER, VAN SYCKEL, WOODHULL, CLEMENT, GREEN, LILLY, WALES—13.

For reversal—DODD, LATHROP—2.